

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00060-CV

Roland **BELTRAN**,
Appellant

v.

**CFG TX MF HOLDCO, LLC** d/b/a The Maya,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2025CV00014
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
                Lori Massey Brissette, Justice
                Adrian A. Spears II, Justice

Delivered and Filed: March 26, 2025

APPEAL DISMISSED

Appellant's brief was due to be filed by February 28, 2025. Neither the brief nor a motion for extension of time have been filed. Appellant also has not filed a docketing statement, although the clerk of this court also notified appellant of these deficiencies and required corrective action. Therefore, on March 6, 2025, we ordered appellant to show cause in writing no later than March 17, 2025 why this appeal should not be dismissed for want of prosecution and why appellee is not significantly injured by appellant's failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a)(1). We

further ordered appellant to file a docketing statement no later than March 17, 2025. Our March 6, 2025 order cautioned appellant that we would dismiss this appeal if he failed to respond satisfactorily within the time ordered. *See id.* R. 42.3(b), (c).

Appellant did not respond to our March 6, 2025 order. Accordingly, we dismiss this appeal.


PER CURIAM